USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

FRANCISCO PEREZ,
               Defendant.
------------------------------------------------------------X

S3 05 cr 466-01 (JGK)

**MEMORANDUM AND ORDER**

The judgment in this matter regarding defendant Francisco Perez incorrectly states that the defendant Perez pled guilty to Count One of S3 05 cr 466-01 (JGK). The defendant in fact entered a plea of guilty to Count Two of the superceding indictment on February 21, 2006

The judgment regarding Francisco Perez is hereby amended to reflect the defendant's plea of guilty to Count Two of the S3 05 cr 466-01 (JGK).

**SO ORDERED.**

                                                   JOHN G. KOELTL
                                   UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       June 13, 2006